UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONFESOR NUNEZ, | CASE NO. 2:14-cv-1180 AC P |
| Plaintiff, | **[PROPOSED] ORDER GRANTING SUBSTITUTION OF ATTORNEY** |
| vs. | |
| NASEER, M.D., et al., | |
| Defendants. | |

The Court hereby approves the substitution of attorney filed by Nasser, M.D. substituting Janine K. Jeffery of Reily & Jeffery, Inc., in place and instead of Martha P. Ehlenbach.

IT IS SO ORDERED:

Dated: January 28, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE