UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONFESOR NUNEZ,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NASEER, M.D., et al.,<br><br>　　　　Defendants. | CASE NO. 2:14-cv-1180 AC P<br><br>[~~PROPOSED~~] **ORDER ON DEFENDANT'S *EX PARTE* APPLICATION FOR AN EXTENSION OF TIME TO REPLY TO PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** |

　　　Good cause having been shown, this Court hereby grants Defendant Naseer's *Ex Parte* Application for an extension of time to reply to the opposition to the motion for summary judgment up to and including September 23, 2016.

　　　IT IS SO ORDERED:

DATED: September 12, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE